UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Senior Care Centers, LLC<br><br>　　　　　　　　　　　Debtor(s)<br><br>Alan D. Halperin<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Osman Castillo et al.<br>　　　　　　　　　　　Defendant(s)<br><br>Alan D. Halperin<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Osman Castillo et al<br>　　　　　　　　　　　Defendant(s) | §§§§§§§§§§§§§§§§§§§ | Case No.:　18−33967−sgj11<br>Chapter No.:　11<br><br>Adversary No.:　20−03183−sgj<br><br>Civil Case No.:　　3:21−CV−01374−B |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of:  Report and Recommendation to the District Court. Entered 7/15/2021 .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.


DATED:  7/16/21　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk